JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-1679 AG (MLGx) | Date | January 20, 2011 |
|---|---|---|---|
| Title | RICHARD COUNTS v. KONDAUR CAPITAL CORP., et al. | | |

| Present: The Honorable | ANDREW J. GUILFORD | | |
|---|---|---|---|
| Lisa Bredahl | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:      [IN CHAMBERS] ORDER DISMISSING CASE**

On December 13, 2010, the Court dismissed Plaintiff's Complaint with leave to amend by January 3, 2011. Plaintiff failed to file an amended complaint.

Therefore the Court DISMISSES this case. The Order to Show Cause set for hearing on January 24, 2011 is DISCHARGED. Accordingly, the scheduling conference currently set for January 24, 2011, is VACATED.

    :   0

Initials of Preparer      LMB